# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### HONORABLE JANIS L. SAMMARTINO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21-CR-0896 (JLS) |
| Plaintiff, | **ORDER TO TRANSFER CARMEN MIYERA ALARCÓN RIVERA FROM THE SANTA ANA JAIL TO CCA, OTAY MESA OR GEO** |
| vs. | |
| CARMEN MIYERA ALARCÓN RIVERA (1), | |
| Defendant | |

**IT IS HEREBY ORDERED**, for good cause shown, that defendant, Carmen Miyera Alarcón Rivera, to protect her constitutional right to assist in her own defense, be transferred from the Orange County Jail, located at: 550 N. Flower Street, Santa Ana, CA 92703 to a federal detention center in San Diego, California, preferably CCA Otay Mesa or GEO.

IT IS SO ORDERED.

Dated: October 25, 2022

Hon. Janis L. Sammartino
United States District Judge

- 1 -