UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>CARMEN MIREYA ALARCON RIVERA (1),<br>PEDRO CORNELIO PILLIGUA IDUARTE (2),<br><br>                                    Defendants. | Case No.:  21CR0896-JLS<br><br>**ORDER CONTINUING SENTENCING HEARING** |

On the Court's own motion, the Sentencing Hearing currently set for January 31, 2025 shall be continued to **Friday, February 21, 2025** at **9:00 a.m.**

IT IS SO ORDERED.

Dated:  January 23, 2025

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge