Melissa Bobrow SBN 264440
Law Office of Melissa Bobrow, APC
402 W. Broadway, Suite 810
San Diego, CA 92101
Phone: (619) 320-5330
Email: Melissa@bobrowapc.com

Attorney for CARMEN MIYERA ALARCÓN RIVERA

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**HONORABLE JANIS L. SAMMARTINO**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21-CR-0896-(JLS) |
| Plaintiff, | CARMEN MIYERA ALARCÓN RIVERA'S SENTENCING MEMORANDUM |
| vs. | |
| CARMEN MIYERA ALARCÓN RIVERA, | |
| Defendant | |

**I.   MS. ALARCON-RIVERA IS THE EPITOMY OF HOW A HARD-WORKING WOMAN, FROM A BACKGROUND OF POVERTY, A COUNTRY AND CULTURE OF MISOGYNY, ROSE ABOVE EVERYTHING TO PROVIDE FOR HER FAMILY.**

After 22 years of hard work, 12 years without a vacation, Carmen Miyera Alarcón-Rivera lost everything in 3 months. The mother of 2 children, her daughter, Sophia, lives in Quito, Ecuador with her sister and her sister's ailing husband, while her older son, Alex, studied in Barcelona, Spain.

Carmen Miyera Alarcón-Rivera was born in Venezuela. Due to poverty, before the age of 5, her parents took her to live with her grandparents in Ecuador. She lived in Ecuador for most of her life, where she met her husband, Pedro. They worked hard and moved to Spain to start a new life.

CARMEN MIYERA ALARCÓN RIVERA'S SENTENCING MEMORANDUM

1

While in Spain, Pedro worked as a fisherman and Carmen cleaned houses and offices. They made decent wages, but they wanted a roof over their heads, a savings account, and stability – in 2009 they moved back to Ecuador.

### a.  2009 Arrival in Ecuador

Upon arrival Pedro and his family members were kidnapped. Kidnappings happened back then. Pedro went out that day with their first boat with all of their supplies. He called Carmen telling her: "wait for me outside, we're about to do the grocery shopping." She waited and waited and waited. Hours passed.

Neighbors told Carmen that two trucks of men with weapons took her husband and the two other people with him. Carmen called Pedro's brother, who told her not to call police, wait for the kidnappers to call. The kidnappers called and demanded $20,000 – nobody in the family had that. Everyone pleaded they did not have that money, the kidnappers told them to pawn something.

Pedro explained to the kidnappers, only he could look for money, nobody knew his wife. They released him and told him he had 48 hours to find the money. When Pedro arrived home, Carmen called the police. She told them everything. The police told her they couldn't do anything until 72 hours passed. She started calling anyone she knew to get the money for kidnappers. The kidnappers called incessantly.

One of the kidnappers died from a shootout while robbing a utility company. Pedro identified that man as one of his kidnappers and that was how that concluded.

Their home took 12 years to build – the home is 8 meters by 9 meters and built little by little. They would buy cement, the bricks, and either Carmen's father would build it or Pedro and Carmen would look for people to help build it. Their modest home took long hours and hard work to finance and build.

Carmen wore many hats in the family business: she physically took the fish from a crane, put it on a table and processed it. Processing means, gutting, cleaning, and grading the quality of the fish for resale. The highest grade is for exportation, 2-grade for domestic, and the lowest grade for locals.

The only woman in her small fishing town involved in a business at all, she managed to secure all the necessary permits. She also managed the finances of the business – and because boats can sink, she knew to use her house as a security for everything the business financed.

She learned of her husband's extra-marital affair and his other family in 2018-2019. She wanted to leave him and made plans to figure out how to continue to work, support her family, and herself.

When the pandemic hit, everything stopped. She and Pedro worked together to survive.

Carmen works hard. Evidenced by her entire life and the number of classes she took while in custody. She needs to stay busy, it's who she is.

Her family and friends love her. She is the foundation of her family and earned the respect of her community. Not an easy feat for a woman in a fishing village.

## II.   MS. ALARCON-RIVERA QUALIFIES FOR A DEPARTURE UNDER § 5K2.12, IMPERFECT DURESS

"Under section 5K2.12, the court can decrease a defendant's sentence under a theory of imperfect duress—coercion or duress under circumstances not amounting to a complete defense. *See United States v. Pizzichiello,* 272 F.3d 1232, 1238 (9th Cir.), *cert. denied,* 537 U.S. 852 (2002); *United States v. Pinto,* 48 F.3d 384, 388 (9th Cir.1995)." *U.S. v. Lopez-Garcia*, 316 F.3d 967, 973 (9th Cir. 2003)

"The 'serious coercion, blackmail or duress, under circumstances not amounting to a complete defense.' The extent of the 'imperfect duress' departure should depend on 'the reasonableness of the defendant's actions, on the proportionality of the defendant's actions to the seriousness of coercion, blackmail, or duress involved, and on the extent to which the conduct would have been less harmful under the circumstances as the defendant believed them to be.' (Citation omitted.) Courts generally look for a threat of physical injury, substantial damage to property, or similar unlawful acts of a third party or from a natural emergency."[1]

Ecuador's current turmoil is through the roof. The president was murdered by cartel members, cartels took over a news station live on the air, and our government is sponsoring

---

[1] https://www.ussc.gov/sites/default/files/pdf/training/primers/2023_Primer_Departure_Variance.pdf

another drug war in Ecuador escalating issues within the entire region of Colombia, Peru, and Ecuador.

In Manta, Ecuador, by the docks, cartel members from Colombia approach people on the docks all day. Everyone knows the unspoken rules. If a person with a boat says yes, and he wasn't at the spot he was supposed to be or he lost their drugs, that person is killed, kidnapped, or their family is killed or kidnapped. You either complete it OR you complete it – if you cannot complete the task, you find a friend who can help you.

In 2020 or 2021 Los Arcas –a family that owned 8 boats said yes. The cartels killed two people in that family, the son of one of the boat owners and his wife. Nobody knew the exact mistake, but everyone knew what happened – someone in the family agreed to help. Another family had two-three boats. The father gifted his younger son a boat to drive. The son accepted an offer, he either failed to understand or appreciate the severity of his compliance. That son is still missing.

Every fishing trip costs the company about $30,000. They hope the boat returns with fish and that the quantity and quality yield a profit. Even the best fishermen experience uncertainty with each trip.

The cartels provide an insurance policy. No profits from the drugs are shared. Like a mule using a car, where the mule has no idea what drug or what amount is in the car, fishermen are used to refuel or restore drug laden vessels. The fishermen are not active in the sales of the drugs and have little to zero knowledge of what drug is on board an entirely different boat. Though admittedly, drugs coming from South America lack the potential variety compared with drugs coming from North America.

Either way, the refueling vessels have no part in the drugs or the drug profits. Unlike a mule used in car, Carmen and Pedro were given a partial insurance policy for their company's fishing excursions. A mule who successfully imports drugs from Mexico to the United States stands to profit whatever amount of money they were promised. Here, most costs of the fishing trip are fronted, though they still had to lay out money for the trip and still hope to come back with fish or they would still lose money in this process.

Once Pedro agreed to help, without Carmen's knowledge or consent, that was it. Had she not complied, she or anyone in her family could have been killed or kidnapped. This is not something that needed to directly happen through a message – her husband was kidnapped for no reason in 2009, members of her community were murdered for their failure to perform for the cartels, and everything everyone knows about South American narco-terrorism.

She takes responsibility for what she did. The truth is – she had no safe choice. She did what she knew she had to do once someone else made a choice she did not make.

### III.   CONCLUSION

Carmen Miyera Alarcón Rivera spent the last 4 years in custody – one full year in Spain and the last three years in the United States. She has been removed from her family, her children, her home, which the Ecuadorian government seized and sold.

She has suffered more than the average participant in the criminal justice system. She lost a lifetime of hard work.

She respectfully requests the Court consider everything about her, this case, and the reality of her situation and grant her a sentence of Credit for Time Served.

Dated: February 17, 2025                                                      Respectfully submitted,

                                                                                     s./Melissa Bobrow
                                                                                     Melissa Bobrow
                                                                                     Attorney for Defendant,
                                                                                     Carmen Miyera Alarcón Rivera