SENTENCING SUMMARY CHART
[X AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
Sentencing Date: February 21, 2025

USPO _____
AUSA   X
DEF  _____

| | | |
|---|---|---|
| Defendant's Name: | Carmen Mireya Alarcon-Rivera | Docket No.: 21CR0896-JLS |
| Attorney's Name: | Joshua C. Mellor | Phone No.: 619-546-9733 |
| Guideline Manual Used: | November 2024 | Agree with USPO Calcs.  No |
| Base Offense Level(s): | USSG § 2D1.1(c)(1) - 3,408.40 kilogram of cocaine | 38 |
| Specific Offense Characteristics: | USSG § 2D1.1(b)(18) - Safety Valve | -2 |
| | | 0 |

Adjusted Offense Level:
☐ Combined (Mult. Counts)   ☐ Career Off.   ☐ Armed Career Crim.      36

Adjustment for Acceptance of Responsibility [X Government Motion - USSG §3E1.1(b)]   -3

Total Offense Level:   33
Supervised Release Range (based on Total Offense Level):   5 to 5 years
Fine Range (based on Total Offense Level):   $50,000 to $10,000,000

Criminal History Score:   0
Criminal History Category:   I
☐ Career Offender   ☐ Armed Career Criminal

Guideline Range:                                              from 135 mths
(Range limited by:  ☐ minimum mand.  ☐ statutory maximum)    to 168 mths

Departures:
USSG §§ 5K2.0 & 4C1.1(a)(1) - Exp. Res./Combo & Zero-Point Offender   -2/-2

Resulting Guideline Range: Adjusted Offense Level: 29   from 87 mths
                                                        to 108 mths

RECOMMENDATION:   **87 months' custody; 3 years S/R;

No fine; and $100 Special Assessment.
**Custody credit from 4/9/2021.